## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br>-against-<br><br>   TRAVELCENTER, INC.<br>                          Defendant. | Case No. 2:20-CV-00548-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated:  Philadelphia, Pennsylvania
          May 22, 2020

                                                        Respectfully submitted,

                                                        */s/* David S. Glanzberg
                                                        Glanzberg Tobia Law, P.C.
                                                        *Attorneys for Plaintiff*