IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN MAHONEY, on behalf of himself and all others similarly situated,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**TRAVELCENTER, INC.,**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 20-548** |

## O R D E R

**AND NOW**, this 2nd day of June, 2020, upon consideration of Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) (Document No. 8, filed May 6, 2020), plaintiff having submitted a Notice of Voluntary Dismissal with Prejudice, **IT IS ORDERED** as follows:

　　　1.　　Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) is **DENIED AS MOOT**; and,

　　　2.　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**